DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN MAX ALTIDOR,**
Appellant,

v.

**GAY MARIE DONOVAN,**
Appellee.

No. 4D21-2788

[February 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA013137.

Hegel Laurent of Laurent Law Office, P.L., Plantation, for appellant.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***